UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-20200-CIV-COOKE/BANDSTRA

GRAZIA ANONELLA BOCCIOLONE et al.,

    Plaintiff,
v.

JAY SOLOWSKY et al.,

    Defendants.
_____/

**CERTIFICATION OF TRANSFER TO MAGISTRATE JUDGE**

This matter comes before the undersigned pursuant to Administrative Order 2008-09, the undersigned United States Magistrate Judge certifies that the above captioned case presently has no fully briefed referred pending motions and is therefore, ready to be transferred to United States Magistrate Judge Bandstra.

DONE AND ORDERED at Miami, Florida, this **11th** day of June, 2008.

                                                                     _____
                                                                     JOHN J. O'SULLIVAN
                                                                     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Court Judge Cooke
U.S. Magistrate Judge Bandstra